No. 5,037.—STATE EX REL. CITY OF HELENA ET AL., RE-
LATORS, *v.* HELENA LIGHT & RAILWAY CO., RE-
SPONDENT.

Original application for Writ of Injunction.

Decided February 20, 1922.

PER CURIAM.—The application of relators for writ of
injunction is denied.

*Mr. E. C. Day,* for Relators.

———

No. 5,017.—STATE EX REL. C. H. CASSILL ET AL., RELATORS,
*v.* DISTRICT COURT ET AL., RESPONDENTS.

Original application for Writ of Mandate directed to the
District Court of the Third Judicial District, and Geo. W.
Winston, Judge thereof.

Decided February 27, 1922.

PER CURIAM.—The application for writ of mandate here-
tofore presented is granted, and it is ordered that a peremptory
writ issue herein forthwith, commanding the judge of the
district court of the third judicial district to direct the stenog-
rapher of said court to prepare and deliver to said relators,
free of cost, a transcript of the record in cause 421 in said
court.

*Mr. C. A. Spaulding* and *Mr. W. E. Keeley,* for Relators.